[No. 20936-5-II.    Division Two.    September 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY DAVID KNOX, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-00756-1, James D. Ladley, J., entered July 23, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, J.; Morgan, J., concurring in the result only.

[Nos. 20939-0-II; 21045-2-II.    Division Two.    September 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLY LYNN CLARK, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 96-1-00227-2 and 96-1-00226-4, Don L. McCulloch, J., entered July 16 and August 7, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

[No. 21334-6-II.    Division Two.    September 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN W. BUKER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00941-3, M. Karlyn Haberly, J., entered November 8, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 21724-4-II.    Division Two.    September 12, 1997.]

SHANNI YORK, *Respondent*, v. DIANE SKOGEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-04210-3, Gary Tabor, J. Pro Tem., entered March 10, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.